UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FABIANA GABRIELA MUJICA
GIMENEZ,

           Petitioner,

v.

           No. 1:25-CV-00229-H

WARDEN, BLUEBONNET
DETENTION CENTER,

           Respondent.

## ORDER

Petitioner Fabiana Gabriela Mujica Gimenez, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging her detention pending removal. She seeks release from confinement.

Now, Respondent has notified the Court that Petitioner was removed from the United States. Dkt. Nos. 12, 13. Respondent argues that because Petitioner is no longer detained, there is no further relief that the Court may award, and the Petition must be dismissed for lack of jurisdiction as moot. *Id.*

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot. Thus, the petition must be dismissed for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated February 5, 2026.

                                                JAMES WESLEY HENDRIX
                                                United States District Judge